# EXHIBIT B

Locality: 153
Precinct: ALL
District: ALL

**COMMONWEALTH OF VIRGINIA**
**DEPARTMENT OF ELECTIONS**
**Cancellation - Declared Non-Citizen**
**153 - PRINCE WILLIAM COUNTY**

Start Date: 01/01/2011
End Date: 08/16/2016

### Declared Non-Citizen

January 2011

| PCT | Name<br>Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0304 | DEIBERT, PHILLIP L.<br>11173 Timmerman St - Quantico, VA 22134-4224 | 126359207 | 1/25/2011 | Declared Non-Citizen |
| 0304 | JOBES, JENNIFER R.<br>2921A Qtrs Mccdc - QUANTICO, VA 22134 | 919030525 | 1/25/2011 | Declared Non-Citizen |
| 0407 | beavers, danielle f.<br>8054 Portwood Turn - Manassas, VA 20109-8120 | 586354707 | 1/25/2011 | Declared Non-Citizen |
| 0409 | ANKRAH, IVY<br>10642 Blendia Ln Apt 0 - Manassas, VA 20109-3479 | 246676112 | 1/25/2011 | Declared Non-Citizen |
| 0409 | GARDELLA, VELIA S.<br>10920 Pope St - Manassas, VA 20109-8253 | 920162839 | 1/25/2011 | Declared Non-Citizen |
| 0412 | MORRIS, CHRISTOPHER S.<br>6660 Hunting Path Rd - Haymarket, VA 20169-2932 | 624142784 | 1/4/2011 | Declared Non-Citizen |
| 0502 | RODNEY, BRIAN A.<br>1670 Devil Ln - Woodbridge, VA 22192-2830 | 744895902 | 1/25/2011 | Declared Non-Citizen |
| 0602 | TRAN, HAI T.<br>15119 Colder Ln - Woodbridge, VA 22193-1620 | 416996211 | 1/25/2011 | Declared Non-Citizen |
| 0603 | ROMERO, WALTER R.<br>4521 Edinburg Dr - Woodbridge, VA 22193-2616 | 920122794 | 1/25/2011 | Declared Non-Citizen |
| 0605 | CHAVEZ, EDGARDO A.<br>14084 Geraldine Ct - Woodbridge, VA 22193-2400 | 731384574 | 1/26/2011 | Declared Non-Citizen |
| 0605 | CHAVEZ, EDGARDO A.<br>14084 Geraldine Ct - Woodbridge, VA 22193-2400 | 731384574 | 1/26/2011 | Declared Non-Citizen |
| 0706 | COLSTON, MITCHELL<br>16504 Boatswain Cir - Woodbridge, VA 22191-3073 | 917114572 | 1/25/2011 | Declared Non-Citizen |
| 0707 | GUEVARA, DELIS A.<br>13215 Alison St - Woodbridge, VA 22191-1618 | 919727204 | 1/25/2011 | Declared Non-Citizen |
| 0708 | DENT, LESLEY J.<br>1712 Cherry Hill Rd - Dumfries, VA 22026-2935 | 919066776 | 1/28/2011 | Declared Non-Citizen |