United States District Court
Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| **The PUBLIC INTEREST LEGAL FOUNDATION**<br><br>*Plaintiff*,<br><br>v.<br><br>**SUSAN REED, in her official capacity as General Registrar for the City of Manassas**<br><br>*Defendant*. | No: 1:16-cv-01375-GBL-MSN |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiff Public Interest Legal Foundation, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

NONE. Not applicable.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiff Public Interest Legal Foundation, Inc., in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

NONE. Not applicable.

Or
Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and

Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiff Public Interest Legal Foundation, Inc., in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

For the Plaintiff Public Interest Legal Foundation:

Date: November 3, 2016

                                             /s/
J. Christian Adams (Va. Bar # 42543)
Attorney for Public Interest Legal Foundation, Inc.
300 N. Washington Street
Suite 405
Alexandria, Virginia 22314
(703) 963-8611
Fax: (888) 815-5641
adams@publicinterestlegal.org