UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, INC. | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 1:16-CV-1375 |
| v. | ) ) | |
| SUSAN REED, in her official capacity as General Registrar for the City of Manassas, | ) ) ) | |
| Defendant. | ) ) ) ) ) ) | |

**SUSAN REED'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(6)**

COMES NOW Susan Reed ("Defendant"), in her official capacity as General Registrar for the City of Manassas, by counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss Plaintiff's Complaint with prejudice. The reasons for dismissal are set forth in Defendant's accompanying Memorandum of Law.

Respectfully submitted,

SUSAN REED, in her official capacity as
General Registrar for the City of Manassas

By: _____/s/_____
Counsel

William W. Tunner, Esquire (VSB #38358)
David N. Gustin, Esquire (VSB #86350)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Telephone: (804) 698-6205
Facsimile: (804) 780-1813
Email: wtunner@t-mlaw.com
Email: dgustin@t-mlaw.com

*Counsel for Susan Reed*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 25th day of November, 2016, a true and accurate copy of the foregoing Motion was served via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties:

J. Christian Adams (VSB#42543)
Joseph Vanderhulst
Public Interest Legal Foundation
209 W. Main Street
Plainfield, IN 46168
Phone: (317) 203-5599
Fax: (888) 815-5641
E-mail: adams@publicinterestlegal.org
E-mail: jvanderhulst@publicinterestlegal.org


/s/ William W. Tunner
William W. Tunner

4