**United States District Court**
**Eastern District of Virginia**
**Alexandria Division**

| | |
|---|---|
| **The PUBLIC INTEREST LEGAL FOUNDATION** *Plaintiff*, v. **SUSAN REED, in her official capacity as General Registrar for the City of Manassas,** *Defendant*. | No. 1:16-CV-1375-GBL-MSN **RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

**RESPONSE IN OPPOSITION TO SUSAN REED'S**
**MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

Plaintiff Public Interest Legal Foundation, through counsel, files this opposition to Defendant Susan Reed's Motion to Dismiss Pursuant to Rules 12(b)(6). (Dkt. 8.)

Dated: December 6, 2016        Respectfully submitted,

                                          For the Plaintiff
                                          /s/
                                          J. Christian Adams (Va. Bar # 42543)
                                          Attorney for Public Interest Legal Foundation, Inc.
                                          300 N. Washington Street
                                          Suite 405
                                          Alexandria, Virginia 22314

(703) 963-8611
Fax: (888) 815-5641
adams@publicinterestlegal.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2016, a true and correct copy of the foregoing Response in Opposition to Motion to Dismiss Pursuant to Rule12(b)(6) was served on all parties via this Court's ECF system, which notified the following counsel of record:

William W. Tunner, Esq. (VSB No. 38358)
ThompsonMcMullan
100 Shockoe Slip
Richmond, VA 23219-4140
Phone: (804) 649-6205
Fax: (804) 780-1813
E-mail: wtunner@t-mlaw.com
*Counsel for Defendant*