United States District Court
Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| **The PUBLIC INTEREST LEGAL FOUNDATION**<br><br>*Plaintiff*,<br><br>v.<br><br>**SUSAN REED, in her official capacity as General Registrar for the City of Manassas,**<br><br>*Defendant*. | No. 1:16-CV-1375-GBL-MSN |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2016, a true and correct copy of the Memorandum Supporting the Response in Opposition to Motion to Dismiss Pursuant to Rule12(b)(6) was served on all parties via this Court's ECF system, which notified the following counsel of record:

William W. Tunner, Esq. (VSB No. 38358)
ThompsonMcMullan
100 Shockoe Slip
Richmond, VA 23219-4140
Phone: (804) 649-6205
Fax: (804) 780-1813
E-mail: wtunner@t-mlaw.com
*Counsel for Defendant*

Dated: December 7, 2016                Respectfully submitted,

                                       For the Plaintiff

1

               /s/
            J. Christian Adams (Va. Bar # 42543)
            Attorney for Public Interest Legal Foundation, Inc.
            300 N. Washington Street
            Suite 405
            Alexandria, Virginia 22314
            (703) 963-8611
            Fax: (888) 815-5641
            adams@publicinterestlegal.org