IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:16-cv-01375 (GBL/MSN) |
| SUSAN REED, in her official capacity As General Registrar for the City of Manassas | ) ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

THIS MATTER is before the Court on the Republic Party of Virginia, Inc.'s Motion for Leave to File an *Amicus Curiae* Brief in opposition to Defendant's Motion to Dismiss. (Dkt. No. 17.) Based upon the Motion, and for good cause shown,

**IT IS HEREBY ORDERED** that Republic Party of Virginia, Inc.'s Motion for Leave to File an *Amicus Curiae* Brief (Dkt. No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that because Defendant has already filed a Reply to the *Amicus Curiae* Brief (Dkt. No. 22), no further filing is required in connection with Defendant's Motion to Dismiss.

**IT IS SO ORDERED**.

ENTERED this ___ day of December, 2016.

Alexandria, Virginia

12 / __ 2016

/s/
Gerald Bruce Lee
United States District Judge