## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

THE PUBLIC INTEREST LEGAL      )
FOUNDATION, INC.               )
                               )
        Plaintiff,             )
                               )
        v.                     )   Case No. 1:16-cv-01375
                               )
                               )
SUSAN REED, in her official    )
capacity as General Registrar  )
for the City of Manassas,      )
                               )
        Defendant.             )

### ORDER

THIS MATTER comes before the Court on Defendant Susan Reed's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Dkt. No. 8.) Plaintiff, The Public Interest Legal Foundation, Inc., brought this suit under Section 8 of the National Voter Registration Act of 1993 ("NVRA"), 52 U.S.C. § 20507, seeking declaratory and injunctive relief to order Defendant, in her official capacity as General Registrar for the City of Manassas, to allow Plaintiff to inspect voter records.

Defendant has moved to dismiss the Complaint on the grounds that the privacy provision of the Driver Privacy Protection Act of 1994 ("DPPA"), 18 U.S.C. §§ 2721-2725, overrides the public disclosure provision of the NVRA under the circumstances of this

case.   The Court finds that the DPPA does not apply to the disclosure of the voter information requested by Plaintiff. Because Plaintiff has stated a plausible claim for declaratory and injunctive relief, it is hereby

ORDERED that Defendant Susan Reed's Motion to Dismiss is DENIED.

_Claude M. Hilton_
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 27, 2016