IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THE PUBLIC INTEREST LEGAL
FOUNDATION, INC.

    Plaintiff,

v.                                                                                       Case No. 1:16-CV-1375

SUSAN REED, in her official capacity as
General Registrar for the City of Manassas,

    Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between Plaintiff The Public Interest Legal Foundation, Inc., by counsel and Defendant Susan Reed, in her official capacity as General Registrar for the City of Manassas, by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims in this action have been resolved and the parties hereby request that the Clerk dismiss all claims in this action, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                                                         Entered:

                                                                                         _____
                                                                                         Judge

We ask for this :


By: __/s/_____
William W. Tunner, Esq. (VSB #38358)
*Thompson*McMullan
100 Shockoe Slip
Richmond, VA 23219-4140
Phone: (804) 649-7545
Fax: (804) 780-1813
Email: wtunner@t-mlaw.com
*Counsel for Defendant*




By:___/s/_____
J. Christian Adams (VSB#42543)
Public Interest Legal Foundation
209 W. Main Street
Plainfield, IN 46168
Phone: (317) 203-5599
Fax: (888) 815-5641
E-mail: adams@publicinterestlegal.org
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>J. Christian Adams (VSB#42543)
>Public Interest Legal Foundation
>209 W. Main Street
>Plainfield, IN 46168
>Phone: (317) 203-5599
>Fax: (888) 815-5641
>E-mail: adams@publicinterestlegal.org

>__/s/_____
>William W. Tunner, Esq. (VSB #38358)
>*Thompson*McMullan
>100 Shockoe Slip
>Richmond, VA  23219-4140
>Phone: (804) 649-7545
>Fax: (804) 780-1813
>Email: wtunner@t-mlaw.com